**2003–0026.   Orr v. Hays.**
Mahoning App. No. 02CA27, 2002-Ohio-7441. On motion for stay of court of appeals' judgment. Motion denied.

**2003–0027.   In re Guardianship of Freeman.**
Adams App. No. 02CA737, 2002-Ohio-6386. On motion for stay of court of appeals' judgment. Motion denied.

**2003–0040.   State v. Henderson.**
Trumbull App. No. 2001–T–0047, 2002-Ohio-6715. On motion for stay of court of appeals' judgment. Motion denied.

MOYER, C.J., RESNICK and LUNDBERG STRATTON, JJ., dissent.

**2003–0043.   In re Borntreger.**
Geauga App. No. 2001–G–2379, 2002-Ohio-6468. On motion for stay of court of appeals' judgment. Motion granted.

PFEIFER and COOK, JJ., dissent.

**2003–0045.   State v. Campbell.**
Hamilton App. No. C–010727, 2002-Ohio-6064. On review of order certifying a conflict. The court determines that a conflict exists. The parties are to brief the issue stated in the court of appeals' Entry Granting Motion to Certify Conflict dated December 9, 2002:

"Whether the amendment of the charging instrument from one subsection of R.C. 4511.19 to another subsection of R.C. 4511.19 changes the name and identify of the crime charged in violation of Ohio Criminal Rule 7(D)?"

F.E. SWEENEY, PFEIFER and O'CONNOR, JJ., dissent.

The conflict case in *State v. Marinik* (1989), 57 Ohio App.3d 110, 567 N.E.2d 310.

**2003–0049.   Paine Funeral Home v. Ohio Bd. of Embalmers & Funeral Directors.**
Ashtabula App. No. 2001–A–0078, 2002-Ohio-6474. On motion for stay of court of appeals' judgment. Motion granted.

PFEIFER, LUNDBERG STRATTON and O'CONNOR, JJ., dissent.

**2003–0057.   State v. Kelly.**
Franklin App. No. 02AP–195, 2002-Ohio-5797. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**2003–0073.   Jackson v. Bellomy.**
Franklin App. No. 01AP–1397, 2002-Ohio-6495. On motion for stay of court of appeals' judgment. Motion granted.

MOYER, C.J., PFEIFER and COOK, JJ., dissent.

**2003–0077.   State v. Franks.**
Cuyahoga App. No. 80912, 2002-Ohio-6233. On motion for leave to file delayed appeal. Motion granted.

RESNICK, F.E. SWEENEY and COOK, JJ., dissent.

**2003–0095.   State v. Richards.**
Cuyahoga App. No. 79350, 2002-Ohio-6623. On motion for stay of court of appeals' judgment. Motion denied.

# APPEALS ACCEPTED FOR REVIEW

**2002–1808.   State v. Wagner.**
Paulding App. No. 11–02–03. Discretionary appeal allowed and cause held for the decision in 2002–1807, *State v. Schmitt,* Mercer App. No. 10–01–16, 2002-Ohio-4615; briefing schedule stayed.

F.E. SWEENEY, J., dissents.

O'CONNOR, J., not participating.